IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: Quintus Corporation, et al.

| | | |
|---|---|---|
| Avaya, Inc., | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  06-769 |
| v. | ) | |
| | ) | |
| Kurt F. Gwynne, Chapter 11 Trustee, | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 00-01-00501 through |
| | ) | 01-00503(MFW) |
| | ) | ADV 04-53074 |
| | ) | AP 06-06-73 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/27/06 was docketed in the District Court on 12/19/06:

> Order and Judgment granting in part the Motions for Partial Summary Judgment and for Sanctions, filed by the Chapter 11 Trustee on Plaintiffs' behalf, and awarding damages in the amount of $1,888,410.52.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                        Peter T. Dalleo
                                        Clerk of Court

Date:  12/19/06
To:    U.S. Bankruptcy Court
        Counsel