UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| QUINTUS CORPORATION, et al., ) | Case No. 01-00501 thru 01-00503 |
| ) | |
| Debtor(s) ) | Adv. Proc. No. 04-53074 |
| QUINTUS CORPORATION, ) | |
| MUSTANG.COM, INC., and ) | |
| ACUITY CORPORATION ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| Plaintiff(s) ) | |
| ) | 06-769 |
| v. ) | |
| AVAYA, INC. ) | |
| Defendant(s) ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated December 19, 2006, the undersigned mediator reports that the mediation was completed on March 6, 2007 and resolved in the following manner *(complete applicable provisions)*:

(a) The following individuals were present:

(1) Parties (name and capacity) - Avaya

Paul DiMaio, Vice President, Avaya

Jeffrey S. Goddess, Esq.

James D. Arden, Esq.

Attorneys for Avaya, Inc.



FILED
MAR -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

(2) Counsel (name and party representing) - Quintus Corporation

Kurt F. Gwynne, Esq., Trustee

(b) The following parties failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

____ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

____ The matter has been partially resolved and counsel (or parties) have been instructed

       \_\_\_\_\_   to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

       \_\_\_\_\_   The following issues remain for this court to resolve:

       __X__   The matter has not been resolved and should proceed to trial.

       \_\_\_\_\_   OTHER:

Dated: __March 6, 2007__

_____
Signature of Mediator

Brian A. Sullivan
Name of Mediator
300 Delaware Avenue, 13th Floor
Mailing Address
Wilmington, DE 19801
City, State, Zip Code
(302) 652-1100
Phone No.

cc: Counsel of Record