IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>QUINTUS CORPORATION, et al.,<br><br>Debtors. | ) Chapter 11<br>) Bk. Nos. 01-00501 through<br>)             01-00503 (MFW)<br>) Jointly Administered |
| QUINTUS CORPORATION,<br>MUSTANG.COM, INC., and<br>ACUITY CORPORATION,<br><br>           Appellants,<br><br>    v.<br><br>AVAYA, INC.,<br><br>           Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-769-SLR<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 9th day of March, 2007, having received notice from the mediator that mediation was not successful in this case (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of its appeal is due on or before **April 9, 2007**.

2. Appellee's brief in opposition to the appeal is due on or before **May 9, 2007**.

3. Appellants' reply brief is due on or before **May 23, 2007**.

_____
United States District Judge