IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: Quintus Corporation, et al.

| | | |
|---|---|---|
| Avaya, Inc. | ) | |
| | ) | |
| Appellant, | ) | C.A. No. 06-769 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| KURT F. GWYNNE, Chapter 11 | ) | Bankruptcy Case No. 01-00501 through |
| Trustee, | ) | 01-00503 (MFW) |
| | ) | Adv.   04-53074 |
| Appellee. | ) | AP     06-06-73 |

APPENDIX TO
REPLY BRIEF OF DEFENDANT AVAYA
IN SUPPORT OF ITS APPEAL FROM AN ORDER
OF THE BANKRUPTCY COURT

                                       ROSENTHAL, MONHAIT & GODDESS, P.A.
                                       Jeffrey S. Goddess (Del. Bar. No. 630)
                                       919 N. Market Street, Suite 1401
                                       Wilmington, DE 19801
                                       jgoddess@rmgglaw.com
                                       (302) 656-4433

                                                 - and -

                                       SIDLEY AUSTIN LLP
                                       James D. Arden
                                       787 Seventh Avenue
                                       New York, NY 10019
                                       (212) 839-5300

May 23, 2007                           *Attorneys for Appellant*

# TABLE OF CONTENTS

Pages

May 2001 Quintus Corporation Account Reconciliation (select pages) (Appendix to Motion for Leave (Amended) to File Sur-Reply in Response to Certain New Matters First Appearing in the Reply Brief of the Chapter 11 Trustee on his Motion for Sanctions for Spoliation, D.I. 114) ........................................................................................................................... C-1

Deposition Transcript of Eric M. Sherbet, dated November 22, 2005 (selected pages) (Appendix to Opening Brief of Defendant Avaya, Inc. in Support of its Motion for Partial Summary Judgment, D.I. 90) ............................................ C-12



**Quintus Corporation**
**Account Reconciliation**

Subsidiary: Quintus

Fiscal Period: May-01

Account Number & Name:
Number: 3213-3260
Name: Sales Tax Payable

Prepared By: Lisa Facka
Date: July 2, 2001
Approved By: *[signature]* Robert Beebe
Date: 7/6/01

Recon Cover Sheets

C – 1

02456

Quintus Corporation
Quintus Sales Tax Payable - 3213-3262
As of: 5/31/01

| Acct # | Description | Balance @ 4/30/01 | May-01 Activity Payments | May-01 Activity Expenses | Balance @ 5/31/01 | |
|---|---|---|---|---|---|---|
| 3213 | California Sales Tax Payable | | | | | |
| | Apr-01 Sales Tax Payable | (2,141.28) | 2,141.28 | | - | |
| | May-01 Sales Tax Payable | | | (9,970.71) | (9,970.71) | |
| | Mustang Sales Payment | | 857.77 | | 857.77 | |
| | Total California Sales Tax Payable | (2,141.28) | 2,999.00 | (9,970.71) | (9,112.99) | (9,112.99) |
| 3216 | New Jersey Sales Tax Payable | | | | | |
| | Mustang Sales Tax Payment | 213.75 | | | 213.75 | |
| | April-25-01 Sales Tax Payable | (796.50) | | | (796.50) | |
| | May-01 Sales Tax Payable | | 291.60 | (10,800.00) | (10,508.40) | |
| | Total New Jersey Sales Tax Payable | (582.75) | - | (10,800.00) | (11,091.15) | (11,091.15) |
| 3217 | Texas Sales Tax Payable | | | | | |
| | Oct-05 Use Tax Payable | (1,113.75) | 1,113.75 | | - | |
| | Mar-01 Sales Tax Payable | (7.94) | 7.94 | | - | |
| | Acuity Sales Tax Payment | | 1,111.99 | | 1,111.99 | |
| | Total Texas Sales Tax Payable | 299.51 | 1,113.75 | - | 1,111.99 | 1,111.99 |
| 3219 | Indiana Sales Tax Payable | | | | | |
| | Dec-97 Invoice | 980.00 | | | 980.00 | |
| | Mar-01 Sales Tax Payable | (2,527.00) | | 2,527.00 | - | |
| | Total Indiana Sales Tax Payable | (1,542.00) | - | - | 980.00 | 980.00 |
| 3220 | Georgia Sales Tax Payable | | | | | |
| | July 00 Sales Tax Payable | (1,184.98) | 1,184.98 | | - | |
| | | | | 3,000.00 | 3,000.00 | |
| | Total Georgia Sales Tax Payable | (1,184.98) | 1,184.98 | - | 3,000.00 | 3,000.00 |
| 3221 | Massachusetts Sales Tax Payable | | | | | |
| | Jun-00 Use Tax Payable | (300.87) | | 300.87 | - | |
| | Jul-00 Sales | (387.52) | | 387.52 | - | |
| | Aug Use Tax | (285.33) | | 285.33 | - | |
| | Mustang Sales Tax Payment | 297.00 | | | 297.00 | |
| | Total Massachusetts Sales Tax Payable | (645.72) | - | 987.72 | 297.00 | 297.00 |
| 3222 | Florida Sales Tax Payable | | | | | |
| | Mustang Sales Tax Payment | 2,125.95 | | | 2,125.95 | |
| | Total Florida Sales Tax Payable | 2,125.95 | - | - | 2,125.95 | 2,125.95 |
| 3223 | Dec-98 Sales Tax Payable in Jan-00 | (250.40) | | | (250.40) | |
| | Aug Use Tax | (685.26) | | | (685.26) | |
| | Nov-00 Sales Tax Payable | (429.85) | | | (429.85) | |
| | Jan-01 Sales Tax Payable | (3,436.80) | | | (3,436.80) | |
| | April-25-01 Sales Tax Payable | (2,783.50) | | | (2,783.50) | |
| | Total Missouri Sales Tax Payable | (1,737.48) | | | (1,737.48) | |
| | | (7,584.88) | - | - | (9,322.36) | (9,322.36) |
| 3225 | New York Sales Tax Payable | | | | | |
| | May-01 Sales Tax Payable | | | (3,298.66) | (3,298.66) | |
| | Total New York Sales Tax Payable | - | - | (3,298.66) | (3,298.66) | (3,298.66) |
| 3226 | North Carolina Sales Tax Payable | | | | | |
| | Dec-98 Invoice | (2,760.00) | | | (2,760.00) | |
| | Dec-99 Sales Tax Payable in Jan-00 | (16,687.90) | | | (16,687.90) | |
| | Holbrook | 4,022.90 | | | 4,022.90 | |
| | Aug Sales Tax | (25,500.00) | | | (25,500.00) | |
| | Sept Sales Tax | (8,810.00) | | | (8,810.00) | |
| | Nov-00 Sales Tax Payable | (5,900.30) | | | (5,900.30) | |
| | Total North Carolina Sales Tax Payable | (54,645.30) | - | - | (54,645.30) | (54,645.30) |
| 3227 | Colorado Sales Tax Payable | | | | | |
| | Sep-97 Invoices | (3,780.84) | | | (3,780.84) | |
| | Nov-97 Invoice | (5,217.00) | | | (5,217.00) | |
| | Nov-98 Credit Memo | 608.00 | | | 608.00 | |
| | Dec-98 Invoice | (1,045.20) | | | (1,045.20) | |
| | Use Tax | 108.68 | | | 108.68 | |
| | Use Tax | (284.80) | | | (284.80) | |
| | Use Tax | (339.36) | | | (339.36) | |
| | Total Colorado Sales Tax Payable | (9,448.52) | - | - | (9,448.52) | (9,447.52) |
| 3228 | Ohio Sales Tax Payable | | | | | |
| | Sep-98 Invoice | (603.45) | | | (603.45) | |
| | Dec-98 Invoice | (7,007.00) | | | (7,007.00) | |
| | Mar-00 Sales Tax | (19,900.07) | | | (19,900.07) | |
| | Jul-00 Sales Tax | (3,208.50) | | | (3,208.50) | |
| | Aug Use Tax | (1,506.96) | | | (1,506.96) | |
| | Sept Sales Tax | 2,504.70 | | | 2,504.70 | |
| | Feb-01 Sales Tax Payable | 7,110.00 | | | 7,110.00 | |
| | Total Ohio Sales Tax Payable | (22,791.30) | - | - | (22,791.30) | (22,791.30) |
| 3229 | Pennsylvania Sales Tax Payable | | | | | |
| | Mustang Payment | (300.00) | | | (300.00) | |
| | Mustang Sales Tax Payment | 2,012.17 | | | 2,012.17 | |
| | Total Pennsylvania Sales Tax Payable | 1,712.17 | | | 1,712.17 | 1,712.17 |
| 3233 | Wisconsin Sales Tax Payable | | | | | |
| | Mar-01 Sales Tax Payment | 1,571.25 | | | 1,571.25 | |
| | Total Wisconsin Sales Tax Payable | 1,571.25 | | | 1,571.25 | 1,571.25 |
| 3235 | Utah Sales Tax Payable | | | | | |
| | Sales Tax Payable | (1,668.78) | 1,668.78 | | - | |
| | Total Utah Sales Tax Payable | (1,668.78) | | | - | - |
| 3242 | Connecticut Sales Tax Payable | | | | | |
| | April-25-01 Sales Tax Payable | (3,420.00) | | | (3,420.00) | |

C-2

02457



02458

```
07/02/2001                      General Ledger Report By: Account Code / Apply Date                              Page 1
04:20:55                                                    Quintus
                      05/01/2001 Thru 05/31/2001, Detail, Non-Zero Accounts, Posted Transactions

Beginning Account Code:3212-000000                                          Ending Account Code:3262-000000
============================================================================================================
ACCOUNT CODE                      ACCOUNT DESCRIPTION                                                BALANCE
------------------------------------------------------------------------------------------------------------
3212-000000                       Massachusetts Use Tax                                                 0.00

                       Transaction Totals:                                      0.00                    0.00

                       Final Balance:                                                                   0.00
------------------------------------------------------------------------------------------------------------
3213-000000                       California Sales Tax General                                      (2,141.28)

                                                         Natural Currency         Home / Operational Currency
Apply Date  Jrnl Control Number  Description        ------------------------    ------------------------------
            Code Originating Comp (if any)     Code      Debit       Credit          Debit           Credit
----------  ----                 -----------   ----  ----------  -----------     -----------     -----------
05/07/2001  AR   JRNL00014245                   US        0.00      4,035.60          0.00          4,035.60
                 Quintus
05/17/2001  AP   JRNL00014325    State Board01/VCH US  2,999.00          0.00      2,999.00             0.00
                 Quintus
05/24/2001  AR   JRNL00014377                   US        0.00      5,935.11          0.00          5,935.11
                 Quintus
                                                                                -----------     -----------
            Period:          << Period 2 >>                                        2,999.00         9,970.71
                                                                                -----------     -----------
                       Transaction Totals:                                         2,999.00         9,970.71

                       Final Balance:                                                              (9,112.99)
------------------------------------------------------------------------------------------------------------
3214-000000                       California Use Tax General                                            0.00

                       Transaction Totals:                                         0.00                 0.00

                       Final Balance:                                                                   0.00
------------------------------------------------------------------------------------------------------------
3216-000000                       New Jersey Sales Tax General                                       (582.75)

                                                         Natural Currency         Home / Operational Currency
Apply Date  Jrnl Control Number  Description        ------------------------    ------------------------------
            Code Originating Comp (if any)     Code      Debit       Credit          Debit           Credit
----------  ----                 -----------   ----  ----------  -----------     -----------     -----------
05/17/2001  AP   JRNL00014325    Sales & Use/VCH0 US    291.60          0.00        291.60              0.00
                 Quintus
05/18/2001  AR   JRNL00014340                   US        0.00     10,800.00          0.00         10,800.00
                 Quintus
                                                                                -----------     -----------
            Period:          << Period 2 >>                                          291.60        10,800.00
                                                                                -----------     -----------
                       Transaction Totals:                                           291.60        10,800.00

                       Final Balance:                                                             (11,091.15)
------------------------------------------------------------------------------------------------------------
3217-000000                       Texas Sales Tax General                                           (1,121.69)

                                                         Natural Currency         Home / Operational Currency
Apply Date  Jrnl Control Number  Description        ------------------------    ------------------------------
            Code Originating Comp (if any)     Code      Debit       Credit          Debit           Credit
----------  ----                 -----------   ----  ----------  -----------     -----------     -----------
05/16/2001  AP   JRNL00014300    Comptroller/VCH0 US  2,233.68          0.00      2,233.68              0.00
                 Quintus
                                                                                -----------     -----------
            Period:          << Period 2 >>                                        2,233.68             0.00
                                                                                -----------     -----------
                       Transaction Totals:                                         2,233.68             0.00

                       Final Balance:                                                               1,111.99
------------------------------------------------------------------------------------------------------------
3218-000000                       Washington Sales Tax General                                         (0.00)

                       Transaction Totals:                                         0.00                 0.00

                       Final Balance:                                                                  (0.00)
------------------------------------------------------------------------------------------------------------
3219-000000                       Indiana Sales Tax General                                         (2,547.90)

                                                         Natural Currency         Home / Operational Currency
Apply Date  Jrnl Control Number  Description        ------------------------    ------------------------------
            Code Originating Comp (if any)     Code      Debit       Credit          Debit           Credit
----------  ----                 -----------   ----  ----------  -----------     -----------     -----------
05/18/2001  AR   JRNL00014338                   US    2,527.90          0.00      2,527.90              0.00
                 Quintus
```

02459

**C – 4**

```
07/02/2001                      General Ledger Report By: Account Code / Apply Date                          Page 2
04:20:55                                              Quintus
                        05/01/2001 Thru 05/31/2001, Detail, Non-Zero Accounts, Posted Transactions

Beginning Account Code:3212-000000                                                    Ending Account Code:3262-000000
ACCOUNT CODE                    ACCOUNT DESCRIPTION                                                          BALANCE

                 Period:     << Period 2 >>                                           2,527.90           0.00

                             Transaction Totals:                                      2,527.90           0.00

                             Final Balance:                                                            980.00

3220-000000                  Georgia Sales Tax General                                                (1,184.96)

                                                         Natural Currency            Home / Operational Currency
Apply Date  Jrnl Control Number  Description
            Code Originating Comp (if any)       Code     Debit       Credit          Debit          Credit

05/17/2001  AP   JRNL00014325    Georgia Dept/VCH US     1,184.96      0.00          1,184.96         0.00
                 Quintus
05/23/2001  AR   JRNL00014366                     US     3,000.00      0.00          3,000.00         0.00
                 Quintus

                 Period:     << Period 2 >>                                           4,184.96         0.00

                             Transaction Totals:                                      4,184.96         0.00

                             Final Balance:                                                          3,000.00

3221-000000                  Massachusetts Sales Tax General                                           (685.72)

                                                         Natural Currency            Home / Operational Currency
Apply Date  Jrnl Control Number  Description
            Code Originating Comp (if any)       Code     Debit       Credit          Debit          Credit

05/15/2001  JZ   JRNL00014285    To Correct JVE10 US       387.52      0.00            387.52         0.00
05/17/2001  AP   JRNL00014325    Massachuse/VCH04 US       595.20      0.00            595.20         0.00
                 Quintus

                 Period:     << Period 2 >>                                             982.72        0.00

                             Transaction Totals:                                        982.72        0.00

                             Final Balance:                                                          297.00

3222-000000                  Florida Sales Tax General                                               2,125.95

                             Transaction Totals:                                          0.00        0.00

                             Final Balance:                                                         2,125.95

3223-000000                  Missouri Sales Tax General                                             (9,322.36)

                             Transaction Totals:                                          0.00        0.00

                             Final Balance:                                                         (9,322.36)

3224-000000                  Virginia Sales Tax General                                                 0.00

                                                         Natural Currency            Home / Operational Currency
Apply Date  Jrnl Control Number  Description
            Code Originating Comp (if any)       Code     Debit       Credit          Debit          Credit

05/17/2001  AP   JRNL00014325    Virginia Dep/VCH US       134.02      0.00            134.02         0.00
                 Quintus
05/24/2001  AR   JRNL00014377                     US         0.00    225.00              0.00       225.00
                 Quintus
05/24/2001  AR   JRNL00014377                     US         0.00     20.25              0.00        20.25
                 Quintus

                 Period:     << Period 2 >>                                             134.02       245.25

                             Transaction Totals:                                        134.02       245.25

                             Final Balance:                                                          (111.23)
```

02460

C-5

```
07/02/2001                    General Ledger Report By: Account Code / Apply Date                        Page 3
01:20:55                                              Quintus
                          05/01/2001 Thru 05/31/2001, Detail, Non-Zero Accounts, Posted Transactions

Beginning Account Code:3212-000000                                              Ending Account Code:3262-000000
                                                                                                         BALANCE
ACCOUNT CODE                   ACCOUNT DESCRIPTION
3225-000000                    New York Sales Tax General                                                   0.00

                                                        Natural Currency              Home / Operational Currency
Apply Date  Jrnl Control Number  Description
            Code Originating Comp (if any)      Code    Debit        Credit           Debit         Credit

05/07/2001  AR   JRNL00014245                    US     0.00         1,634.33         0.00          1,634.33
                 Quintus
05/07/2001  AR   JRNL00014245                    US     0.00         1,634.33         0.00          1,634.33
                 Quintus
05/15/2001  JZ   JRNL00014285   To Correct JV810 US     0.00         387.52           0.00          387.52
05/16/2001  LF   JRNL00014299   Transfer TM from US     41,250.00    0.00             41,250.00     0.00
05/16/2001  AR   JRNL00014301   Reinstatement:TM US     0.00         41,250.00        0.00          41,250.00
                 Quintus
05/16/2001  LF   JRNL00014309   Transfer TM from US     0.00         41,250.00        0.00          41,250.00
05/17/2001  AP   JRNL00014325   NYS Sale/NY/VCH0 US     387.52       0.00             387.52        0.00
                 Quintus
05/18/2001  LF   JRNL00014337   AR Clean Up      US     41,250.00    0.00             41,250.00     0.00

            Period:        << Period 2 >>                                             82,887.52     86,156.18

            Transaction Totals:                                                       82,887.52     86,156.18

            Final Balance:                                                                          (3,268.66)

3226-000000                    North Carolina Sales Tax General                                      (54,645.30)

            Transaction Totals:                                                       0.00          0.00

            Final Balance:                                                                          (54,645.30)

3227-000000                    Colorado Sales Tax General                                            (9,867.52)

            Transaction Totals:                                                       0.00          0.00

            Final Balance:                                                                          (9,867.52)

3228-000000                    Ohio Sales Tax General                                                (22,791.30)

            Transaction Totals:                                                       0.00          0.00

            Final Balance:                                                                          (22,791.30)

3229-000000                    Pennsylvania Sales Tax General                                        1,712.17

            Transaction Totals:                                                       0.00          0.00

            Final Balance:                                                                          1,712.17

3233-000000                    Wisconsin Sales Tax General                                           1,571.25

            Transaction Totals:                                                       0.00          0.00

            Final Balance:                                                                          1,571.25

3238-000000                    Utah Sales Tax General                                                (1,668.78)

                                                        Natural Currency              Home / Operational Currency
Apply Date  Jrnl Control Number  Description
            Code Originating Comp (if any)      Code    Debit        Credit           Debit         Credit

05/17/2001  AP   JRNL00014325   Utah State/VCH04 US     1,668.78     0.00             1,668.78      0.00
                 Quintus

            Period:        << Period 2 >>                                             1,668.78      0.00

            Transaction Totals:                                                       1,668.78      0.00

            Final Balance:                                                                          0.00

3239-000000                    Connecticut Sales Tax                                                 (3,420.00)

                                                        Natural Currency              Home / Operational Currency
Apply Date  Jrnl Control Number  Description
            Code Originating Comp (if any)      Code    Debit        Credit           Debit         Credit

05/17/2001  AP   JRNL00014325   State of Con/VCH US     112.50       0.00             112.50        0.00
                 Quintus
05/18/2001  AR   JRNL00014340                    US     0.00         848.45           0.00          848.45
                 Quintus
```

02461

C – 6

```
07/02/2001                          General Ledger Report By: Account Code / Apply Date                          Page 4
04:20:55                                                    Quintus
                              05/01/2001 Thru 05/31/2001, Detail, Non-Zero Accounts, Posted Transactions

Beginning Account Code:3212-000000                                                     Ending Account Code:3262-000000
=================================================================================================================
ACCOUNT CODE                          ACCOUNT DESCRIPTION                                                  BALANCE
=================================================================================================================
              Period:      << Period 2 >>                                              112.50               848.45
                                                                                       -------              ------
                           Transaction Totals:                                         112.50               848.45

                           Final Balance:                                                                (4,155.95)
-----------------------------------------------------------------------------------------------------------------
3250-000000                           Tennessee Sales Tax General                                         1,579.06

                           Transaction Totals:                                           0.00                 0.00

                           Final Balance:                                                                 1,579.06
-----------------------------------------------------------------------------------------------------------------
3259-000000                           Vermont Sales Tax                                                      (0.00)

                           Transaction Totals:                                           0.00                 0.00

                           Final Balance:                                                                    (0.00)
-----------------------------------------------------------------------------------------------------------------
3260-000000                           Oklahoma Sales Tax                                                 (3,823.31)

                           Transaction Totals:                                           0.00                 0.00

                           Final Balance:                                                                (3,823.31)
-----------------------------------------------------------------------------------------------------------------
3261-000000                           Michigan Sales Tax                                                   (337.86)

                                                                 Natural Currency            Home / Operational Currency
Apply Date  Jrnl  Control Number   Description                   ---------------------        ---------------------------
            Code  Originating Comp (if any)        Code          Debit          Credit        Debit             Credit
            ----  ----------------                 ----          -----          ------        -----             ------
05/15/2001  AP    JRNL00014284     Michigan Dep/VCH  US           337.86          0.00         337.86              0.00
                  Quintus
              Period:      << Period 2 >>                                                      337.86              0.00
                                                                                               ------             ------
                           Transaction Totals:                                                 337.86              0.00

                           Final Balance:                                                                    (0.00)
-----------------------------------------------------------------------------------------------------------------

                                                                                     Debit              Credit
                                                                                     -----              ------
                           Report Totals:                                           98,360.54         108,020.59

Total Number Of Accounts Listed:  24
```

02462



**Quintus Corporation**
**Account Reconciliation**

Subsidiary: Mustang

Fiscal Period: May-01

Account Number & Name:
Number: 3213-3260
Name: Sales Tax Payable

Prepared By: Lisa Facka
Date: July 2, 2001
Approved By: *[signature]*
Date: 7/6/01

Recon Cover Sheets

02480

C – 8

Quintus Corporation
Mustang Sales Tax Payable - 3213-3262
As of: 5/31/01

| Acct # | Description | Balance @ 4/30/01 | Mustang Activity Payments | Mustang Activity Expenses | Balance @ 5/31/01 | Per GL |
|---|---|---|---|---|---|---|
| 3213 | California Sales Tax Payable | | | | | |
| | Mar-01 Sales Tax Payable | (1,908.50) | | | (1,908.50) | |
| | Mar-01 CM #48,69,91 | 1,663.99 | | | 1,663.99 | |
| | Apr-01 Sales Tax Payable | (858.28) | | | (858.28) | |
| | May-01 Sales Tax Payable | | | (334.80) | (334.80) | |
| | Credit Memo#38 | | | 345.26 | 345.26 | |
| | Total California Sales Tax Payable | (1,102.77) | | | (1,102.31) | (1,102.31) |
| 3216 | New Jersey Sales Tax Payable | | | | | |
| | Mar-01 Sales Tax Payable | (123.75) | | | (123.75) | |
| | Apr-01 Sales Tax Payable | (291.60) | | | (291.60) | |
| | Total New Jersey Sales Tax Payable | | - | - | (415.35) | (415.35) |
| 3219 | Indiana Sales Tax Payable | | | | | |
| | Jan-01 Sales Tax Payable | (1,567.25) | | | (1,567.25) | |
| | Apr-01 Sales Tax Payable | (100.00) | | | (100.00) | |
| | Total Indiana Sales Tax Payable | (1,664.00) | | - | (1,667.25) | (1,667.25) |
| 3220 | Georgia Sales Tax Payable | | | | | |
| | Total Georgia Sales Tax Payable | 258.48 | - | - | - | - |
| 3221 | Massachusetts Sales Tax Payable | | | | | |
| | Mar-01 Sales Tax Payable | (297.00) | | | (297.00) | |
| | May-01 Sales Tax Payable | | | (907.50) | (907.50) | |
| | Total Massachusetts Sales Tax Payable | (297.00) | - | - | (1,204.50) | (1,204.50) |
| 3222 | Florida Sales Tax Payable | | | | | |
| | Mar-01 Sales Tax Payable | (2,155.85) | | | (2,155.85) | |
| | Total Florida Sales Tax Payable | (2,155.85) | - | - | (2,155.85) | (2,155.85) |
| 3223 | Missouri Sales Tax Payable | | | | | |
| | Jul-00 Sales Tax Payable | (32.25) | | | (32.25) | |
| | Aug-00 Sales Tax Payable | (433.55) | | | (433.55) | |
| | Sept-00 Sales Tax Payable | (511.81) | | | (511.81) | |
| | Oct-00 Sales Tax Payable | (1,092.38) | | | (1,069.34) | |
| | Jan-01 Sales Tax Payable | | | | | |
| | Total Missouri Sales Tax Payable | (2,046.99) | - | - | (2,046.99) | (2,046.99) |
| 3224 | Virginia Sales Tax Payable | | | | | |
| | Mar-01 Sales Tax Payable | 88.09 | | | 88.09 | |
| | Apr-01 Sales Tax Payable | (137.70) | | | (137.70) | |
| | Total Virginia Sales Tax Payable | (49.61) | - | - | (49.61) | (49.61) |
| 3226 | Ohio Sales Tax Payable | | | | | |
| | Jul-00 Sales Tax Payable | (1,193.07) | | | (1,193.07) | |
| | Nov-00 Sales Tax Payable | (700.00) | | | (700.00) | |
| | Dec-00 Sales Tax Payable | (226.41) | | 226.41 | | |
| | Jan-01 Sales Tax Payable | (330.63) | | | (330.63) | |
| | Mar-01 Sales Tax Payable | (918.55) | | | (918.55) | |
| | Total Ohio Sales Tax Payable | (3,368.67) | - | | (3,142.26) | (3,142.26) |
| 3229 | Pennsylvania Sales Tax Payable | | | | | |
| | May-00 Invoice | (1,237.50) | | | (1,237.50) | |
| | Oct-00 Sales Tax Payable | - | | | - | |
| | Nov-00 Sales Tax Payable | | | | | |
| | Dec-00 Sales Tax Payable | (60.50) | | | (60.50) | |
| | Jan-01 Sales Tax Payable | (795.00) | | | (795.00) | |
| | Total Pennsylvania Sales Tax Payable | (2,093.00) | - | | (2,093.00) | (2,093.00) |
| 3237 | Alabama Sales Tax Payable | | | | | |
| | Oct-00 Sales Tax Payable | (259.60) | | | (259.60) | |
| | Total Alabama Sales Tax Payable | (259.60) | | - | (259.60) | (259.60) |
| 3242 | Connecticut Sales Tax Payable | | | | | |
| | Jan-01 Sales Tax Payable | (112.50) | | | (112.50) | |
| | Total Connecticut Sales Tax Payable | (112.50) | - | - | (112.50) | (112.50) |
| 3252 | Iowa Sales Tax Payable | | | | | |
| | Oct-00 Sales Tax Payable | (108.00) | | | (108.00) | |
| | Total Iowa Sales Tax Payable | (108.00) | - | - | (108.00) | (108.00) |
| 3255 | Nebraska Sales Tax Payable | | | | | |
| | Feb-01 Sales Tax Payable | (634.73) | | | (634.73) | |
| | Total Nebraska Sales Tax Payable | (1,457.23) | | | (634.73) | (634.73) |
| | TOTAL Mustang Sales Tax Payable | | | | (15,072.05) | (15,072.05) |
| | TOTAL GL | | | | (15,072.05) | |
| | DIFFERENCE | | | | | |

O:\Sales Tax\Reconciliations\Sales Tax Reconciliations FY01\Mustang FY01.xls\June-01 3213-3262 Rec Avaya

02481

C - 9

```
07/02/2001                          General Ledger Report By: Account Code / Apply Date                              Page 1
04:22:00                                                    Mustang
                              05/01/2001 Thru 05/31/2001, Detail, Non-Zero Accounts, Posted Transactions

Beginning Account Code:3212-400000                                                         Ending Account Code:3262-400000
ACCOUNT CODE                        ACCOUNT DESCRIPTION                                                            BALANCE

3212-400000                         California Sales Tax General                                                 (1,192.77)
                                                             Natural Currency              Home / Operational Currency
Apply Date  Jrnl  Control Number   Description
            Code  Originating Comp (if any)    Code          Debit          Credit         Debit           Credit
05/16/2001  AR    JRNL00001214                 US            0.00           334.80         0.00            334.80
                  Mustang
05/17/2001  AR    JRNL00001217                 US            345.26         0.00           345.26          0.00
                  Mustang

            Period:    << Period 2 >>                                                      345.26          334.80

                       Transaction Totals:                                                 345.26          334.80

                       Final Balance:                                                                      (1,182.31)
```

3214-400000  California Use Tax General  0.00
Transaction Totals: 0.00  0.00
Final Balance: 0.00

3215-400000  Illinois Sales Tax General  0.00
Transaction Totals: 0.00  0.00
Final Balance: 0.00

3216-400000  New Jersey Sales Tax General  (415.35)
Transaction Totals: 0.00  0.00
Final Balance: (415.35)

3217-400000  Texas Sales Tax General  0.00
Transaction Totals: 0.00  0.00
Final Balance: 0.00

3218-400000  Washington Sales Tax General  0.00
Transaction Totals: 0.00  0.00
Final Balance: 0.00

3219-400000  Indiana Sales Tax General  (1,667.25)
Transaction Totals: 0.00  0.00
Final Balance: (1,667.25)

```
3221-400000                         Massachusetts Sales Tax General                                             (297.00)
                                                             Natural Currency              Home / Operational Currency
Apply Date  Jrnl  Control Number   Description
            Code  Originating Comp (if any)    Code          Debit          Credit         Debit           Credit
05/18/2001  AR    JRNL00001223                 US            0.00           525.00         0.00            525.00
                  Mustang
05/24/2001  AR    JRNL00001237                 US            0.00           382.50         0.00            382.50
                  Mustang

            Period:    << Period 2 >>                                                      0.00            907.50

                       Transaction Totals:                                                 0.00            907.50

                       Final Balance:                                                                      (1,204.50)
```

3222-400000  Florida Sales Tax General  (2,155.95)

02482

C-10

```
07/02/2001                        General Ledger Report By: Account Code / Apply Date                        Page 2
04:22:00                                                   Mustang
                          05/01/2001 Thru 05/31/2001, Detail, Non-Zero Accounts, Posted Transactions

Beginning Account Code: 3212-400000                                              Ending Account Code: 3262-400000
ACCOUNT CODE                      ACCOUNT DESCRIPTION                                                   BALANCE

                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                  (2,155.95)

3223-400000                     Missouri Sales Tax General                              (2,046.99)
                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                  (2,046.99)

3224-400000                     Virginia Sales Tax General                                 (49.61)
                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                      (49.61)

3228-400000                     Ohio Sales Tax General                                  (3,368.67)
                                                       Natural Currency          Home / Operational Currency
Apply Date  Jrnl Control Number  Description
            Code Originating Comp (if any)    Code    Debit       Credit      Debit           Credit
05/23/2001  AR   JRNL00001230                  US     226.41       0.00       226.41           0.00
                 Mustang
            Period:    << Period 2 >>                                         226.41           0.00
                        Transaction Totals:                                   226.41           0.00
                        Final Balance:                                                  (3,142.26)

3229-400000                     Pennsylvania Sales Tax General                          (2,093.00)
                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                  (2,093.00)

3237-400000                     Alabama Sales Tax General General                         (259.60)
                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                    (259.60)

3242-400000                     Connecticut Sales Tax General                             (112.50)
                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                    (112.50)

3252-400000                     Iowa Sales Tax General General                            (108.00)
                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                    (108.00)

3255-400000                     Nebraska Sales Tax General General                        (634.73)
                        Transaction Totals:                                    0.00          0.00
                        Final Balance:                                                    (634.73)


                                                                             Debit           Credit
                        Report Totals:
                                                                             571.67         1,242.30

To   Number Of Accounts Listed:  17
```

02483

C-11

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | CHAPTER 11 |
| QUINTUS CORPORATION, et al, | Bankr. No. 01-00501 (MFW) through No. 01-00503 (MFW) |
| Debtors | Jointly Administered |
| QUINTUS CORPORATION, MUSTANG.COM, INC., and ACUITY CORPORATION, | Adversary No. 04-53074 (MFW) |
| Plaintiffs, | DEPOSITION OF: |
| vs. | ERIC M. SHERBET |
| AVAYA, INC., |  |
| Defendant. |  |

COPY

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before JANICE D. BURNESS, a Certified Shorthand Reporter, Registered Professional Reporter and Notary Public of the State of New Jersey, held at the office of REED SMITH, LLP, Princeton Forrestal Village, 136 Main Street, Suite 250, Princeton, New Jersey, on Tuesday, November 22, 2005, commencing at 10:05 in the forenoon.

DOERNER & GOLDBERG, INC                                              973-740-1100
5 Becker Farm Road • Roseland, NJ 07068        2 Industrial Way West • Eatontown, NJ 07724

A - 263

Page 2

1    A P P E A R A N C E S:

2

3        REED SMITH, LLP
         BY:  JOHN G. HARRIS, ESQ.
4        1201 Market Street
         Suite 1500
5        Wilmington, Delaware  19801
         Attorneys for Chapter 11 Trustee
6
         SIDLEY, AUSTIN, BROWN & WOOD, LLP
7        BY:  JAMES D. ARDEN, ESQ.
         787 Seventh Avenue
8        New York, New York  10019
         Attorneys for Avaya, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DOERNER & GOLDBERG, INC                                     973-740-1100
5 Becker Farm Road * Roseland, NJ 07068   2 Industrial Way West * Eatontown, NJ 07724

A - 264

Page 8

| | | |
|---|---|---|
| 1 | Q. | And you're presently employed by Avaya? |
| 2 | A. | Yes. |
| 3 | Q. | And how long have you been employed by Avaya? |
| 4 | A. | Since July 2000. |
| 5 | Q. | What are your current responsibilities? |
| 6 | A. | I'm the vice president and general auditor of Avaya, which means that I am the head of the internal audit group at Avaya. |
| 9 | Q. | Did you hold that same position in the year 2001 when the Quintus Avaya transaction closed? |
| 11 | A. | No, I did not. |
| 12 | Q. | What was your position then? |
| 13 | A. | Corporate counsel, Avaya's law department. |
| 14 | Q. | And I know that you were an associate at the law firm of Paul Hastings prior to joining Avaya. Is that correct? |
| 17 | A. | That's correct. |
| 18 | Q. | What was your main practice there while you were in private practice? |
| 20 | A. | Just corporate law, mergers and acquisitions, security law. |
| 22 | Q. | While at Avaya, have you ever handled any other sale acquisitions? |
| 24 | A. | Yes. |
| 25 | Q. | And what were those acquisitions? |

DOERNER & GOLDBERG, INC
5 Becker Farm Road • Roseland, NJ 07068
973-740-1100
2 Industrial Way West • Eatontown, NJ 07724

A-265

C-14

Page 123

1        CERTIFICATE
2
3        I, JANICE D. BURNESS, a Certified Shorthand
4    Reporter, Registered Professional Reporter and Notary Public
5    of the State of New Jersey, do hereby certify that prior to
6    the commencement of the examination ERIC M. SHERBET was duly
7    sworn by me to testify the truth, the whole truth and nothing
8    but the truth.
9        I DO FURTHER CERTIFY that the foregoing is a true
10   and accurate transcript of the testimony as taken
11   stenographically by and before me at the time, place and on
12   the date hereinbefore set forth.
13       I DO FURTHER CERTIFY that I am neither a relative
14   nor employee nor attorney nor counsel of any of the parties to
15   this action, and that I am neither a relative nor employee of
16   such attorney or counsel, and that I am not financially
17   interested in the action.
18
19       *Janice D. Burness* (signature)
20       Certified Shorthand Reporter, License XI00225900
21       Registered Professional Reporter
         Notary Public of the State of New Jersey
22       I.D. 2015681    Expires 01/29/2008
23
24   Dated: December 5, 2005
25

DOERNER & GOLDBERG, INC                                    973-740-1100
5 Becker Farm Road * Roseland, NJ 07068    2 Industrial Way West * Eatontown, NJ 07724

A - 268

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, hereby certify that on May 23, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants. I further certify that I caused a copy of the foregoing document to be served upon the following persons in the manner indicated:

**First Class Mail**
(Official Committee of Unsecured Creditors)
Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130

**First Class Mail**
(Official Committee of Equity Security
  Holders)
J. Mark Chevallier, Esquire
McGuire, Craddock & Strother, P.C.
Lincoln Plaza, Suite 3550
500 North Akard
Dallas, TX 75201

**First Class Mail**
(Official Committee of Equity Security
  Holders)
Thomas E. Biron, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

**First Class Mail**
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 Market Street #1500
Wilmington, DE 19801-1163

**First Class Mail**
Richard Schepacarter, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**First Class Mail**
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livington Avenue
Roseland, NJ 07068

**First Class Mail**
(Official Committee of Equity Security
  Holders)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street #800
Wilmington, DE 19801-4226

_____
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com
(302) 656-4433