**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

May 24, 2007

**VIA ELECTRONIC FILING / HAND DELIVERY**

The Hon. Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

    RE:    *In Re: Quintus Corporation, et al.*
               *Avaya, Inc. v. Kurt F. Gwynne, Chapter 11 Trustee*
               **D.Del., C.A. No. 06-769 (SLR)**

Dear Judge Robinson:

    I am local counsel for Avaya, Inc., defendant/appellant in this appeal of a summary judgment and sanctions award in an adversary proceeding in bankruptcy.

    With the filing of appellant Avaya's reply brief earlier this week (D.I. 11), briefing is now complete on the appeal.

    In accordance with D.Del. LR 7.1.4, appellant Avaya wishes to request oral argument on this appeal.

                                                         Respectfully yours,

                                                          Jeffrey S. Goddess (Del. Bar No. 630)
                                                          jgoddess@rmgglaw.com
                                                          (302) 656-4433

JSG/cmw
Enclosure
cc:    Kimberly E. Connolly Lawson (Via e-filing)
        James D. Arden, Esquire (Via e-mail)
        Clerk, U.S. District Court (By Hand)